IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL DARNELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| GUILLERMO SANTOYO, JR., ET AL., | ) | 3:26-CV-1182-G-BN |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made amended findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed amended findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed amended findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 15, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**